**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| FRANK J. BUCKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| GWINNETT COUNTY SCHOOL | ) | |
| SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF REMOVAL</u>**

COMES NOW Gwinnett County School District (erroneously named as "Gwinnett County School System") ("Defendant GCSD"), Defendant in the above-captioned matter, and pursuant to 28 U.S.C. §§ 1441 and 1446 hereby gives notice of the removal of this action to the United States District Court for the Northern District of Georgia, Atlanta Division within the time period specified by law. As grounds for this removal, Defendant respectfully shows the following:

1.

The lawsuit that is the subject of this Notice of Removal was filed by Plaintiff in the State Court of Gwinnett County, Georgia on June 25, 2024. The action is now pending as <u>Buckley v. Gwinnett County School System</u>, Case Number 24-C-05792-

- 1 -

S5. The State Court of Gwinnett County is a state court within this Court's judicial district and division.

2.

The lawsuit is a civil action filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII").  Plaintiff also raises claims state law claims of retaliation under Georgia's Whistleblower Act, O.C.G.A. § 45-1-4. Both the federal and state law claims arise out of and assert the same set of operative facts.

3.

The Summons and Complaint were served on Defendant on July 11, 2024.  In accordance with 28 USC §1446 (a), true and correct copies of the Summons and Complaint as received by Defendant are attached as Exhibit A. The corresponding Entry of Service is also enclosed within Exhibit A. Defendant is aware of no other process, pleadings, or orders that have been properly served other than those referenced above and attached hereto as Exhibits A.

4.

As prescribed by 28 U.S.C.A. § 1446 (b), a notice of removal shall be filed within thirty days after the defendant's receipt of a copy of the initial pleading setting forth the claim for relief. This Notice of Removal is filed within thirty days of the

case being served on Defendant on July 11, 2024. Thus, the filing is within the 30 day time period and is timely.

5.

The lawsuit may be properly removed pursuant to 28 U.S.C §§ 1331, 1367, 1441 and 1446.  Under 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Further, 28 U.S.C. § 1367 (a) provides that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Finally, 28 U.S.C. § 1441(a) provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6.

In accordance with the above-mentioned laws, Plaintiff's Title VII claims present a federal question over which this Court has original jurisdiction under 28

U.S.C. § 1331. The state law claims raised are based on the same alleged facts and circumstances as the federal claims and "form part of the same case or controversy," as required to establish supplemental jurisdiction under 28 U.S.C. § 1367. For these reasons, the lawsuit falls within this Court's jurisdiction and may be properly removed consistent with 28 U.S.C. §§ 1441 and 1446.

7.

A copy of this Notice of Removal is being filed with the Clerk of the State Court of Gwinnett County, State of Georgia, as required by 28 U.S.C. § 1446. Defendant will also give prompt written notice to Plaintiff of the filing of this Notice of Removal.

8.

**WHEREFORE**, Defendant GCSD respectfully requests that this action be removed from the State Court of Gwinnett County, State of Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, that this Court assume jurisdiction of this civil action, and that this Court enter all orders necessary to accomplish the requested removal.

This 9th day of August, 2024.

- 5 -

**PEREIRA, KIRBY,
KINSINGER & NGUYEN, LLP**

*/s/ Elizabeth F. Kinsinger*
Elizabeth F. Kinsinger
Ga. Bar No. 261755
*Attorney for Defendant*

P. O. Drawer 1250
Lawrenceville, Georgia 30046
(770) 963-1997 telephone
(770) 822-2913 facsimile
ekinsinger@pkknlaw.com

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FRANK J. BUCKLEY,                      )
                                       )
    Plaintiff,                         )        CIVIL ACTION FILE NO.
                                       )
v.                                     )        _____
                                       )
GWINNETT COUNTY SCHOOL                 )
SYSTEM,                                )
                                       )
    Defendant.                         )

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** upon Plaintiff pro se in the foregoing case by U.S. Mail with appropriate postage attached thereto and addressed as follows:

> Frank J. Buckley, Pro Se
> 1655 Grayson Hwy, Apt. 2106
> Grayson, GA 30017

This 9th day of August, 2024.

|  |  |
|---|---|
| **PEREIRA, KIRBY,** | */s/ Elizabeth F. Kinsinger* |
| **KINSINGER & NGUYEN, LLP** | Elizabeth F. Kinsinger |
| P.O. Drawer 1250 | Ga. Bar No. 261755 |
| Lawrenceville, GA  30046 | *Attorney for Defendant* |
| (770) 963-1997 telephone |  |
| (770) 822-2913 facsimile |  |
| ekinsinger@pkknlaw.com |  |

- 1 -